UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ABDOU DIOP, | ) | |
| Petitioner, | ) | CASE NO. 4:26-CV-01991 |
| v. | ) | |
| U.S. ATTORNEY GENERAL, | ) | Judge John R. Adams |
| Respondents. | ) | **ORDER** |

Petitioner Abdou Diop's petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is pending before the Court. On August 27, 2026, The Government filed a response, conceding that the Sixth Circuit Court of Appeals' decision in *Lopez-Campos, et al. v. Raycraft, et al*., 175 F.4th 713 (6th Cir. May 11, 2026) controls. Doc. 6. Specifically, pursuant to *Lopez-Campos*, Petitioner is detained under 8 U.S.C §1226(a) and is entitled to a bond hearing release under the Fifth Amendment. Id. This Court agrees.

Accordingly, the Petition is GRANTED. Doc. 1. The Court ORDERS a bond hearing be conducted by an immigration judge under 8 U.S.C. §1226(a) within seven days of the issuance of this order or immediately release Petitioner. The Court further ORDERS the Government to file, within fourteen (14) days from the day of this Order, a certificate of compliance certifying that the Government has complied with this Order and stating whether Petitioner remains in custody.

IT IS SO ORDERED.

August 28, 2026
Date

*/s/John R. Adams*
John R. Adams
U.S. District Judge